**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01740-CR

**LAYNE CAMERON GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-181638-10**

## ORDER

The Court **DENIES** as moot appellant's April 17, 2013 motion to dismiss his appeal.

The Court dismissed the appeal for want of jurisdiction on April 2, 2013.


/s/     ROBERT M. FILLMORE
        JUSTICE